6 A.3d 499

**TECH ONE ASSOCIATES, Petitioner**

v.

**BOARD OF PROPERTY ASSESSMENT, Appeals and Review
of Allegheny County, West Mifflin Borough and West
Mifflin Area School District, Respondents.**

Supreme Court of Pennsylvania.

Oct. 13, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of October, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

1. Whether, for real estate taxation purposes, the "economic reality test" announced in *In re Appeal of Marple Springfield,* 530 Pa. 122, 607 A.2d 708 (1992), applies to establish the fair market value of an improved property encumbered with a long-term lease which grants the lessee ownership of buildings and other improvements on the land.

2. Whether the Uniformity Clause of the Pennsylvania Constitution requires an improved property encumbered with a long-term lease, which grants the lessee ownership of buildings and other improvements on the land, to be taxed in the same manner as a similar, but unencumbered, property.